

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGELIQUE MCCLEARY,<br><br>Defendant. | Criminal Case No. 19MJ4415-LL<br><br>**FINDINGS OF FACT AND ORDER OF DETENTION BASED ON DANGER TO THE COMMUNITY** |

In accordance with § 3142(f) of the Bail Reform Act of 1984 (18 U.S.C. § 3142 *et seq.*), this Court conducted a detention hearing on October 15, 2019 to determine whether defendant ANGELIQUE MCCLEARY (hereinafter "the Defendant") should be held in custody pending trial, on the grounds that she is a flight risk and a danger to the community. Assistant U.S. Attorney Joseph J.M. Orabona appeared on behalf of the United States. Holley A. Sullivan appeared on behalf of the Defendant.

Based on the evidence proffered by the United States and by the Defendant, the Pretrial Services Report, and the Complaint, the Court concludes that the presumption has been rebutted for purposes of risk of flight, and finds that Defendant is not a flight risk. Nevertheless, the Court concludes that the United States has met its burden of establishing by clear and convincing evidence that Defendant is a danger to the community. Based upon the following facts, the Court orders Defendant detained, without prejudice.

//

# I

# FINDINGS OF FACT

**A.  Nature and Circumstances of Offenses Charged (18 U.S.C. § 3142(g)(1))**

1. Defendant is charged in a three-count complaint with the crime of Possession of Methamphetamine with the Intent to Distribute, in violation of 21 U.S.C. § 841(a)(1). Defendant possessed a total of approximately 82 grams of Methamphetamine for distribution on three separate occasions in August 2019.

2. The Court found that probable cause exists to believe that Defendant has committed the three offenses charged in the complaint.

3. If convicted of Count 1 in the complaint, Defendant faces a maximum sentence of 40 years in prison, and a mandatory minimum sentence of 5 years in prison. Defendant also faces a maximum fine of $5,000,000 and a term of supervised release.

4. If convicted of Count 2 or Count 3 in the complaint, Defendant faces a maximum sentence of 20 years in prison per count. Defendant also faces a maximum fine of $1,000,000 and a term of supervised release per count.

**B.  Weight of the Evidence Against Defendant (18 U.S.C. § 3142(g)(2))**

5. While admittedly the least important factor, the Court finds that the weight of the evidence against Defendant is strong because the United States' proffer and the affidavit in support of the complaint establish that Defendant was involved in a drug trafficking involving methamphetamine.

**C.  History and Characteristics of Defendant (18 U.S.C. § 3142(g)(3))**

6. Defendant is a United States citizen and was born in Vista, California. Defendant is 30 years old.

7. Defendant graduated from high school in 2007. She received some college at Mira Costa and Palomar colleges.

8. Defendant was self-employed as an esthetician for the past six years.

9. Defendant's other ties to the community are strained given her involvement with drug trafficking.

10. Defendant has lived at the same residence in Carlsbad, California for approximately ten years. She is single and has one child. Defendant's mother, two half-brothers, and grandmother live in Oceanside, California. Her father lives in North Carolina. In light of these facts, Defendant has strong family ties in San Diego County.

11. Defendant has been arrested for driving under the influence (DUI), embezzlement and drug trafficking in San Diego County. She completed a DUI program in August 2016. Defendant has also been arrested for drug trafficking Dallas, Texas.

12. According to the information provided to the Court, failed to appear in Vista Superior Court for a DMV-related offense on April 24, 2019.

13. According to her grandmother, Defendant may have a drug addiction.

**D. Danger to the Community (18 U.S.C. § 3142(g)(4))**

14. Defendant is charged with possession of more than 82 grams of Methamphetamine with the intent to distribute. Defendant also possessed cocaine and "M30" pills, which are suspected of containing fentanyl.

15. Defendant was also arrested while in a vehicle where a loaded, 9mm pistol and ammunition were found near the drugs seized.

16. At her residence, Defendant possessed Ziploc baggies, a digital scale, and a red composition notebook, with the initials "DVB," that contained pay-and-owe ledgers. "DVB" stands for Deep Valley Bloods, which is a documented criminal street gang in Oceanside, California.

17. Based upon all of the facts set forth herein, the Court finds by clear and convincing evidence that Defendant poses a serious danger to the community by her release on bond. As such, this factor supports detention.

## II

## REASONS FOR DETENTION

18. The Court finds that the rebuttable presumption set forth in 18 U.S.C. § 3142 applies in this case because of the drug trafficking allegations in the complaint. That rebuttable presumption has been rebutted as to Defendant's risk of flight.

19. Although the Court finds the presumption has been rebutted as to Defendant's risk of flight, the Court finds, by a clear and convincing evidence, that the United States has carried the burden of establishing that Defendant is a danger to the community.

20. The Court concludes that it can set no combination of conditions that will reasonably assure Defendant will not pose a danger to the community.

### III

### ORDER

IT IS HEREBY ORDERED the Defendant be detained pending trial, and if convicted, sentencing in these matters.

IT IS FURTHER ORDERED that the Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentence or being held in custody pending appeal. The Defendant shall be afforded reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver the Defendant to the United States Marshal for the purpose of and appearance in connection with a court proceeding or any other appearance stipulated to by defense and government counsel.

THIS ORDER IS ENTERED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: 10/17/19

HONORABLE LINDA LOPEZ
United States Magistrate Judge